```
1  G. David Robertson, Esq. (NV Bar No. 1001)
   Anthony G. Arger, Esq., (NV Bar No. 13660)
2  ROBERTSON, JOHNSON, MILLER & WILLIAMSON
   50 West Liberty Street, Suite 600
3  Reno, Nevada 89501
   Telephone:  (775) 329-5600
4  Facsimile:   (775_ 348-8300
   gdavid@nvlawyers.com
5  anthony@nvlawyers.com

6  Attorneys for Defendant Superior Air Parts, Inc.
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY ANDERSON, BRETT CASSELL, AND ROBERT YOST,<br><br>         Plaintiffs,<br><br>   vs.<br><br>DAN URQUHART, INDIVIDUALLY, AND DBA SILVER SAGE AVIATION, et al.,<br><br>         Defendants. | CASE NO.: 3:15-cv-00552-MMD-WGC |
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>   vs.<br><br>SILVER SAGE AVIATION LLC; et al.,<br><br>         Defendants. | (Consolidated with<br>3:15-cv-00548-MMD-WGC |

### STIPULATION AND ORDER REQUESTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING (First Request)

Defendant DAN URQUHART, individually, and DBA SILVER SAGE AVIATION, and Defendant SUPERIOR AIR PARTS INC., a Corporation (formerly ABC CORPORATION I), by and through their undersigned counsel, in accordance with Local Rules 6-1 and 6-2,

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER REQUESTING EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING (First Request)
PAGE 1

HEREBY STIPULATE and submit this request for an order extending Defendant SUPERIOR AIR PARTS INC.'s time to file and serve its responsive pleadings to (1) Defendants Silver Sage Aviation, LLC's and Dan Urquhart's Answer to Plaintiff's First Amended Complaint, Cross-Claim and Third-Party Complaint, and (2) Defendants Dan Urquhart and Silver Sage Aviation, LLC's Answer to Plaintiffs' Second Amended Complaint and Cross-Claims, up to and including Friday, March 25, 2016.

The parties herein state that no previous extensions have been granted. The parties affirm that this stipulation is brought in good faith and not for the purpose of delaying this matter.

This stipulation may be executed in counterparts and by facsimile or electronically transmitted signatures.

Dated: February 23, 2016.

ROBERTSON, JOHNSON, MILLER & WILLIAMSON

By: */s/ G. David Robertson*
G. David Robertson, Esq.
Anthony G. Arger, Esq.
*Attorneys for Defendant Superior Air Parts, Inc.*

Dated: February 23, 2016.

WEINBERG WHEELER HUDGINS GUNN & DIAL LLC

By: */s/ Scott R. Lachman*
ROSEMARY MISSISIAN, ESQ.
SCOTT R. LACHMAN, ESQ.
*Attorneys for Defendants Dan Urquhart and Silver Sage Aviation, LLC*

**ORDER**

IT IS SO ORDERED.

DATED: February 26, 2016.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER REQUESTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING (First Request)
PAGE 2