J. CHRISTOPHER JORGENSEN, ESQ.
Nevada Bar No.5382
SCOTT S. HOFFMANN, ESQ.
Nevada Bar No. 8498
LEWIS ROCA ROTHGERBER CHRISTIE LLP
50 West Liberty Street, Suite 410
Reno, Nevada 89501
Telephone: (775) 823-2900
Facsimile: (775) 823-2929
CJorgensen@lrrc.com
SHoffmann@lrrc.com

*Attorneys for Defendants*
*Continental Motors, Inc. and*
*Teledyne Technologies, Incorporated*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SILVER SAGE AVIATION, LLC; BEECHCRAFT CORPORATION; CONTINENTAL MOTORS, INC.; AMERITECH INDUSTRIES, INC.; DAN URQUHART and DOES 1 through 50, Inclusive,<br><br>Defendants.<br><br>AND RELATED ACTIONS. | Case No. 3:15-cv-00548-MMD-WGC<br><br>Consolidated with<br>Case No. 3:15-cv-00552-MMD-WGC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL [SCOTT S. HOFFMANN]** |

NOTICE IS HEREBY GIVEN to the Court that Scott S. Hoffmann is leaving the law firm of Lewis Roca Rothgerber Chrisite LLP, and should be removed as counsel of record for Defendants Continental Motors, Inc. and Teledyne Technologies, Incorporated and removed from the Court's electronic service list for this case.

/ / /

/ / /

7625618_1

Lewis Roca Rothgerber Christie LLP will remain counsel of record for Defendants Continental Motors, Inc. and Teledyne Technologies, Incorporated.

DATED this 25th day of April, 2016.

                                                LEWIS ROCA ROTHGERBER CHRISTIE LLP

*/s/ Scott S. Hoffmann*
J. CHRISTOPHER JORGENSEN
Nevada Bar No.5382
SCOTT S. HOFFMANN
State Bar No. 8498
50 W. Liberty Street, Ste. 410
Reno, Nevada 89501
*Attorneys for Defendants*
*Continental Motors, Inc. and*
*Teledyne Technologies, Incorporated*

IT IS SO ORDERED this 26th day of April, 2016.

                                                    William G. Cobb
                                        UNITED STATES MAGISTRATE JUDGE