STEPHEN S. KENT, ESQ.
Nevada State Bar No. 1251
KENT LAW
201 W. Liberty St., Ste. 320
Reno, Nevada 89501
775/324-9800
ATTORNEYS FOR DEFENDANTS
UGALDE AVIATION LLC AND
CHESTER UGALDE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ZURICH AMERICAN INSURANCE COMPANY,
    Plaintiffs,

vs.

SILVER SAGE AVIATION, LLC, et al.,
    Defendants

ROSEMARY ANDERSON, BRETT CASSEL, AND ROBERT YOST,
    Plaintiffs,

vs.

DAN URQUHART, Individually, and d/b/a SILVER SAGE AVIATION, et al.,
    Defendants.

CASE NO: 3:15-cv-00548-MMD-WGC

**STIPULATION AND ORDER TO DISMISS DEFENDANTS UGALDE AVIATION, LLC AND CHESTER UGALDE WITH PREJUDICE**

    The parties hereto in these consolidated cases, Plaintiffs, Rosemary Anderson, Robert Yost and Brett Cassell, Zurich American Insurance Company, and Defendants, Ugalde Aviation, LLC and Chester Ugalde, Silver Sage Aviation, LLC, Dan Urquhart, and Eagle Engines, A Division of Ameritech Industries, through their undersigned counsel do hereby agree that this case and all claims, including cross claims that were asserted or could be asserted against or by Ugalde Aviation, LLC and Chester Ugalde, be dismissed with prejudice with each party to bear their own attorney's fees and costs.

/ / /

| | |
|---|---|
| DATED this 15TH day of December 2017 | DATED this 15th day of December 2017 |
| | LAXALT & NOMURA, LTD. |
| By: *(signature)*<br>JERRY MOWBRAY, ESQ.<br>Nevada State Bar No. 002307<br>615 Riverside Drive, Suite D<br>Reno, Nevada 89503<br>775-322-9935<br>ATTORNEYS FOR PLAINTIFFS<br>ROSEMARY ANDERSON, ROBERT YOST<br>AND BRETT CASSELL | By: *(signature)*<br>DON NOMURA, ESQ.<br>Nevada State Bar No. 2228<br>9600 Gateway Drive<br>Reno, Nevada 89521<br>775-322-1170<br>ATTORNEYS FOR PLAINTIFFS<br>ROSEMARY ANDERSON, ROBERT YOST<br>AND BRETT CASSELL |
| DATED this 28th day of December 2017 | DATED this ___ day of _____ 2017 |
| KENT LAW | ROSE WALKER, LLP |
| By: *(signature)*<br>STEPHEN S. KENT, ESQ.<br>Nevada State Bar No. 1251<br>201 W. Liberty Street, Suite 320<br>Reno, NV 89501<br>775-324-9800<br>ATTORNEYS FOR DEFENDANTS,<br>UGALDE AVIATION, LLC AND CHESTER UGALDE | By: _____<br>MARTIN E. ROSE, ESQ.<br>Nevada State Bar No. Pro Hac Vice<br>3500 Maple Avenue, Suite 1200<br>Dallas, Texas 75219<br>214-752-8600<br>ATTORNEYS FOR DEFENDANTS<br>EAGLE ENGINES, A DIVISION OF AMERITECH INDUSTRIES |
| DATED this ___ day of _____ 2017 | DATED this ___ day of _____ 2017 |
| MORALES, FIERRO & REEVES | WEINBERG WHEELER HUGGINS GUNN & DIAL, LLC |
| By: _____<br>PATRICK QUIGLEY, ESQ.<br>Nevada State Bar No. (Pro Hac Vice)<br>600 S. Tonopah Drive, Suite 300<br>Las Vegas, NV 89106<br>702-699-7822<br>ATTORNEYS FOR PLAINTIFF<br>ZURICH AMERICAN INSURANCE COMPANY | By: _____<br>CAROL MICHEL, ESQ.<br>Nevada State Bar No. 11420<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, NV 89118<br>702-938-3838<br>ATTORNEYS FOR DEFENDANTS<br>DAN URQUHART DBA SILVER SAGE AVIATION |

///

///

| | |
|---|---|
| DATED this ___ day of _____ 2017 | DATED this ___ day of _____ 2017 |
| | LAXALT & NOMURA, LTD. |
| By: _____<br>JERRY MOWBRAY, ESQ.<br>Nevada State Bar No. 002307<br>615 Riverside Drive, Suite D<br>Reno, Nevada 89503<br>775-322-9935<br>ATTORNEYS FOR PLAINTIFFS<br>ROSEMARY ANDERSON, ROBERT YOST<br>AND BRETT CASSELL | By: _____<br>DON NOMURA, ESQ.<br>Nevada State Bar No. 2228<br>9600 Gateway Drive<br>Reno, Nevada 89521<br>775-322-1170<br>ATTORNEYS FOR PLAINTIFFS<br>ROSEMARY ANDERSON, ROBERT YOST<br>AND BRETT CASSELL |
| DATED this ___ day of _____ 2017 | DATED this 28th day of December 2017 |
| KENT LAW | ROSE WALKER, LLP |
| By: _____<br>STEPHEN S. KENT, ESQ.<br>Nevada State Bar No. 1251<br>201 W. Liberty Street, Suite 320<br>Reno, NV 89501<br>775-324-9800<br>ATTORNEYS FOR DEFENDANTS,<br>UGALDE AVIATION, LLC AND CHESTER<br>UGALDE | By: /s/ Martin E. Rose<br>MARTIN E. ROSE, ESQ.<br>Nevada State Bar No. Pro Hac Vice<br>3500 Maple Avenue, Suite 1200<br>Dallas, Texas 75219<br>214-752-8600<br>ATTORNEYS FOR DEFENDANTS<br>EAGLE ENGINES, A DIVISION OF AMERITECH<br>INDUSTRIES |
| DATED this 28th day of December 2017 | DATED this 28th day of December 2017 |
| MORALES, FIERRO & REEVES | WEINBERG WHEELER HUGGINS<br>GUNN & DIAL, LLC |
| By: /s/ Patrick Quigley<br>PATRICK QUIGLEY, ESQ.<br>Nevada State Bar No. (Pro Hac Vice)<br>600 S. Tonopah Drive, Suite 300<br>Las Vegas, NV 89106<br>702-699-7822<br>ATTORNEYS FOR PLAINTIFF<br>ZURICH AMERICAN INSURANCE COMPANY | By: /s/ Carol Michel<br>CAROL MICHEL, ESQ.<br>Nevada State Bar No. 11420<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, NV 89118<br>702-938-3838<br>ATTORNEYS FOR DEFENDANTS<br>DAN URQUHART DBA SILVER SAGE AVIATION |

///

///

KENT LAW PLLC
201 W. LIBERTY ST., Ste. 320
Reno, Nevada 89501
Tel: 775-324-9800

1 | **IT IS SO ORDERED** all claims against Ugalde Aviation, LLC and Chester Ugalde,
2 | including cross claims against or by Ugalde Aviation, LLC or Chester Ugalde that have been
3 | made or could be made, are dismissed with prejudice with no allowance of fees or costs this
4 | 28th day of December 2017.

_____
UNITED STATES DISTRICT JUDGE

KENT LAW PLLC
201 W. LIBERTY ST., Ste. 320
Reno, Nevada 89501
Tel: 775-324-9800