Carol P. Michel, Esq., NV Bar No. 11420
cmichel@wwhgd.com
Weinberg, Wheeler, Hudgins,
  Gunn & Dial, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
(702) 938-3838; (702) 938-3864 (fax)

Darrell L. Barger, Esq. (Pro Hac Vice)
dbarger@hdbdlaw.com
Hartline Dacus Barger Dreyer, LLP
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
(713) 759-1900; (713) 652-2419 (fax)

Alice Campos Mercado, Esq., NV Bar No. 4555
acm@lge.net
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868; (775) 786-9716 (fax)

*Attorneys for Defendants/Cross-Claimants
Silver Sage Aviation LLC and Dan Urquhart*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>SILVER SAGE AVIATION LLC, et al.<br><br>Defendants. | **Case No. 3:15-cv-00548-MMD-WGC**<br>Consolidated with<br>**Case No. 3:15-cv-00552-MMD-WGC**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS SILVER SAGE AVIATION AND DAN URQUHART TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION**<br>(First Request) |
| AND ALL RELATED MATTERS | |

IT IS HEREBY STIPULATED by and between plaintiffs, ROSEMARY ANDERSON, BRETT CASSELL and ROBERT YOST; and defendants SILVER SAGE AVIATION, LLC and DAN URQUHART, through their respective counsel, that the time within which defendants must file their opposition to plaintiffs' Motion for Reconsideration (ECF No. 205), filed on December 10, 2018, may be extended from the current deadline of December 24, 2018 to January 2, 2019.

LEMONS, GRUNDY &
EISENBERG
6005 PLUMAS ST.
THIRD FLOOR
RENO, NV 89519
(775) 786-6868

1

The trial in this matter is scheduled for April 9, 2019. This is the first request for an extension of time to file defendants' opposition to plaintiffs' Motion for Reconsideration. It is not interposed for delay or any other improper purpose.

DATED this 17th day of December, 2018    DATED this 17th day of December, 2018

**LAXALT & NOMURA**  **LEMONS, GRUNDY & EISENBERG**
  IN ASSOCIATION WITH          IN ASSOCIATION WITH
**LAW OFFICE OF JERRY H. MOWBRAY**    **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL**

By: /s/ Don Nomura    By: /s/ Alice Campos Mercado
  DON NOMURA, BAR NO. 2228      ALICE CAMPOS MERCADO, BAR NO. 4555

*Attorneys for Plaintiffs*    *Attorneys for Defendants/Cross-Claimants*
*Rosemary Anderson, Brett Cassell*    *Silver Sage Aviation LLC and Dan Urquhart*
*and Robert Yost*

### ORDER

**IT IS SO ORDERED.**

DATED this 19th day of December, 2018

_____
HON. MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

LEMONS, GRUNDY &
EISENBERG
6005 PLUMAS ST.
THIRD FLOOR
RENO, NV 89519
(775) 786-6868

2