Carol P. Michel, Esq.
Nevada Bar No. 11420
cmichel@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

Alice Campos Mercado, Esq.
Nevada Bar No. 4555
acm@lge.net
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Telephone: (775) 786-6868
Facsimile: (775) 786-9716

Darrell L. Barger, Esq.
*Admitted Pro Hac Vice*
dbarger@hdbdlaw.com
HARTLINE DACUS BARGER DREYER LLP
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
Telephone: (713) 759-1990
*Attorneys for Defendants Silver Sage Aviation LLC and Dan Urquhart*

WEINBERG WHEELER HUDGINS GUNN & DIAL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ZURICH AMERICAN INSURANCE COMPANY,

Plaintiffs,

vs.

SILVER SAGE AVIATION LLC; et al.

Defendants.

AND ALL RELATED MATTERS

Case No. 3:15-cv-00548-MMD-WGC

Consolidated with
Case No. 3:15-cv-00552-MMD-WGC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The parties hereto in these consolidated cases, Plaintiffs, Rosemary Anderson, Robert Yost, Brett Cassell and Zurich American Insurance Company and Defendants Silver Sage and

Dan Urquhart, through their undersigned counsel do hereby agree that this case and all claims, including cross-claims, be dismissed with prejudice with each party to bear their own attorney's fees and costs.

DATED this 31 day of January, 2019.

LAXALT & NOMURA, LTD.

*/s/ Don Nomura*
DON NOMURA (SBN 2228)
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
T: 775-322-1170

JERRY H. MOWBRAY (SBN 2307)
Law Office of Jerry H. Mowbray
615 Riverside Drive, Suite D
Reno, Nevada 89503
T: 775-322-9935
*Attorneys for Plaintiffs Rosemary Anderson, Brett Cassell and Robert Yost*

DATED this 31 day of January, 2019.

WEINBERG, WHEELER, HUGGINS, GUNN & DIAL, LLC

*/s/ Carol Michel*
CAROL P. MICHEL (SBN 11420)
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
T: 702-938-3838

DARRELL L. BARGER (Pro Hac Vice)
Hartline Dacus Barger Dreyer, LLP
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
T: 713-759-1900

ALICE CAMPOS MERCADO (SBN 4555)
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
Reno, Nevada 89519
T: 775-786-6868
*Attorneys for Defendants/Cross-Claimants Silver Sage Aviation LLC and Dan Urquhart*

DATED this 31 day of January, 2019.

MORALES, FIERRO & REEVES

*/s/ Ramiro Morales*
RAMIRO MORALES, ESQ. (SBN 7101)
600 S. Tonopah Drive, Suite 300
Las Vegas, Nevada 89106
T: 702-699-7822

PATRICK M. QUIGLEY (Pro Hac Vice)
Law Offices of
Morales Fierro & Reeves
2300 Contra Costa Blvd., Ste. 310
Pleasant Hill, CA 94523
*Attorneys for Zurich American Insurance Company*



WEINBERG WHEELER HUDGINS GUNN & DIAL

**ORDER**

Pursuant to the Stipulation of the parties, the consolidated cases, bearing case nos. 3:15-cv-00548-MMD-WGC and Case No. 3:15-cv-00552-MMD-WGC, and all claims, including cross-claims, are dismissed with prejudice with each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED this 31st day of January, 2019.

UNITED STATES DISTRICT JUDGE

WEINBERG WHEELER HUDGINS GUNN & DIAL